NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**APOLLO PETROLEUM SOLUTIONS, LLC,**

*Plaintiff-Appellant*

v.

**NANO GAS TECHNOLOGIES, INC.,**

*Defendant-Appellee*

———————————

2022-1875

———————————

Appeal from the United States District Court for the Northern District of Illinois in No. 1:20-cv-02311, Senior Judge Harry D. Leinenweber.

———————————

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2        APOLLO PETROLEUM SOLUTIONS, LLC v. NANO GAS TECHNOLOGIES, INC.

accordance with the rules.

FOR THE COURT

August 19, 2022
    Date                      /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE:** August 19, 2022